UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRELL C. TOWNS,

    Plaintiff,

v.

REBECCA COWAN, *et al.*,

    Defendants.

Case No. 10-cv-264-JPG-PMF

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 102) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss plaintiff Sherrell C. Towns' remaining claim against John Doe # 2 (the part of Count 2 containing a claim for meal deprivation) as time-barred and deny his motion for an extension of time as moot (Doc. 92).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 102), **DISMISSES** the remaining claim against John Doe # 2 (the part of Count 2 containing a claim for meal deprivation) **with prejudice**, **DENIES** Towns' motion for an extension of time (Doc. 92) as **moot**, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. John Doe # 2 is terminated from this action.

**IT IS SO ORDERED.**
**DATED: August 22, 2011**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**