# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRELL C. TOWNS,

    Plaintiff,

vs.

REBECCA COWAN, et al.,

    Defendants.

Case No. 10-cv-264-JPG-PMF

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for default judgment as to defendant Todd Cowell (Doc. No. 123). The motion is opposed (Doc. No. 126). A reply is on file (Doc. No. 133).[1] Cowell acknowledges that his response to the Complaint was due on July 5, 2011. He filed a motion seeking leave to file his Answer out of time, explaining that his Answer was not filed before the response deadline because of counsel's calendering error. Plaintiff points out that he patiently awaited a response from Cowell. He maintains that Cowell has displayed culpable negligence by ignoring a Court Order.

Rule 55 of the Federal Rules of Civil Procedure governs default judgment. The Rule outlines a two-step process. The first step is to ask the Clerk for an entry of default.[2] Once the Clerk has entered default, the moving party may then seek a default judgment against the defaulting party.

---

[1] Although the reply was not timely filed, it has been considered.

[2] When the Clerk has entered default, the moving party is to give notice to the defaulting party and certify to the Court that notice has been sent. SDIL-LR 55.1(a).

Fed. R. Civ. P. 55(a), (b); *Regions Bank v. R & D Dev. Corp.*, No. 10-759-GPM, 2011 WL 2149086, at *2 (S.D. Ill. May 31, 2011); *Anderson v. Specified Credit Ass'n, Inc.*, No. 11-53-GPM, 2011 WL 2424867, at *1 (S.D. Ill June 10, 2011).

The Clerk's records do not show that entry of default has been requested as to Todd Cowell or that an entry of default has been made. Because the Clerk has not entered default, the notice required by Local Rule has not yet been sent. Plaintiff's request for default judgment remains premature.

IT IS RECOMMENDED that plaintiff's motion for default judgment (Doc. No. 123) be DENIED.

**SUBMITTED:** <u>December 15, 2011</u>.

<u>S/Philip M. Frazier</u>
**PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE**