UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRELL C. TOWNS,

      Plaintiff,

  v.

REBECCA COWAN, JOHN INMAN,
BAUERSACHS, JOHN DOE #1, JOHN DOE #2,
RUSSELL NEIPERT, KEITH ANDERSON,
THOMAS MEZO, T. COBB, DANIEL DUNN,
CRAIG MITCHELL, TOM MAUE, TRACY K.
LEE, JERRY W. GOFORTH, JODI JUHRE
DAVIS, ROY, OFFICER ANTHONY, PHILLIPS,
CHANDLER KRISTY SCHORN ALLSUP,
LINDA GOFORTH and TODD COWELL,

      Defendants.

Case No. 10-cv-264-JPG-PMF

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1A (First Amendment claim of retaliation for silence) against defendants Cowan, Inman, Lee, J. Goforth and Neipert;
- Count 2 (Eighth Amendment claim for deprivation of shower) against defendants Davis, Roy, Anthony, Phillips, and Chandler;
- Count 2 (Eighth Amendment claim for deprivation of meals) against defendant John Doe #2; and
- Count 3 (Fourteenth Amendment due process claim for using a confidential source in disciplinary hearing) against defendants J. Goforth and Lee;

    IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1B (First Amendment claim of retaliation for unnamed actions) against defendants Bauersachs, John Doe #1, Cowan, Inman, Neipert, Dunn, Mitchell, Maue, Cobb, John Doe #2, Anderson, and Mezo; and
- Count 4 (deliberate indifference to grievances) against defendants Suhre and L. Goforth;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Schorn and against plaintiff Sherrell C. Towns on Count 1C (retaliation for filing grievances); and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Cowan, Inman, Neipert, Dunn, Mitchell, Maue, Cobb, Anderson, and Mezo on Count 2 (Eighth Amendment claim for deprivation of meals).

**DATED: July 10, 2012**          NANCY J. ROSENSTENGEL, Clerk of Court

**s/ Jina Hoyt, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**